John W. Knottnerus, OSB No. 892788
jknottnerus@martinbischoff.com
Jonathan M. Hoffman, OSB No.754180
jhoffman@martinbischoff.com
MARTIN BISCHOFF TEMPLETON LANGSLET & HOFFMAN LLP
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Attorneys for Defendant Komatsu America Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### Portland Division

| | |
|---|---|
| KERRY LAW,<br><br>    Plaintiff,<br><br>v.<br><br>KOMATSU AMERICA CORP., dba KOMATSU AMERICA INTERNATIONAL COMPANY; and MODERN MACHINERY CO., INC.,<br><br>    Defendants. | Case No. 3:14-cv-00798-HU<br><br>[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT MODERN MACHINERY CO., INC. AND FOR TRANSFER OF VENUE |

Based on the stipulation of the parties to this action, through their respective attorneys of record, it is hereby ordered as follows:

    1.    Defendant Modern Machinery Co., Inc. is dismissed from this case, without prejudice and without costs to any party.

///

///

Page 1 – [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT MODERN MACHINERY CO., INC. AND FOR TRANSFER OF VENUE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471

2. This case shall be transferred to the District of Kansas and Kansas law shall be applied to all issues in the case.

DATED: August 6, 2014.

_____
Honorable Dennis J. Hubel
U.S. DISTRICT MAGISTRATE JUDGE

Page 2 – [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT MODERN MACHINERY CO., INC. AND FOR TRANSFER OF VENUE

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN LLP
Attorneys at Law
888 SW Fifth Avenue, Suite 900
Portland, OR 97204
Telephone (503) 224-3113
Fax (503) 224-9471