# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | | |
|---|---|---|
| **KERRY LAW,** | ) | Case No. 14-1259-JTM-KMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **KOMATSU AMERICA CORP.** dba | ) | |
| KOMATSU AMERICA INTERNATIONAL | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Kerry Law and Defendant Komatsu America Corp., pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), hereby agree and stipulate that this action should be dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

Respectfully Submitted:

By: /s/ J. Randolph Pickett
J. Randolph Pickett, OR #721974
R. Brendan Dummigan, OR #932588
Pickett Dummigan, LLP
621 SW Morrison Street, Suite 900
Portland, OR 97205
Telephone: 503-223-7770
Facsimile: 503-227-2530
randy@pickettdummigan.com
brendan@pickettdummigan.com
Attorneys for Plaintiff Kerry Law

{65Y4303.DOCX; 1}

By: /s/ Deborah B. McIlhenny
Deborah B. McIlhenny, KS #18721
Hutton & Hutton Law Firm, LLC
8100 E. 22nd Street
N. Bldg. 1200
PO Box 638
Wichita, Kansas 67226
Telephone: 316-688-1166
Facsimile: 316-686-1077
debs.mcilhenny@huttonlaw.com
Attorneys for Plaintiff Kerry Law

By: /s/ Charles A. Getto
Charles A. Getto, KS #09895
Robert M. Smith, KS #26237
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Dr., Suite 300
Kansas City, Kansas 66103
Telephone: 913-371-3838
Facsimile: 913-371-4722
cgetto@mvplaw.com
bsmith@mvplaw.com
Attorneys for Defendant Komatsu America Corp.

{65Y4303.DOCX; 1}